IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBRADRE D. JACKSON,

    Plaintiff,

  v.

                                Case No. 20-cv-360-bbc

WISCONSIN SECURE PROGRAMS
FACILITY, DEPARTMENT OF
CORRECTIONS, DR. TRICIA LORENZ,
HSU MANAGER, MS. SHERYL KINYON,
DR. ADEBOLA IBIROGA, N.P. COCHRAN
and DR. EILEEN GAVIN

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 04/30/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |